IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MELESA WRIGHT,

    Defendant.

                                 /

No. CR 11-00695 WHA

**ORDER RE DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER AMENDMENT 782**

Defendant Melesa Wright moves, *pro se*, for a reduction of her sentence under 18 U.S.C. 3582(c)(2) and Amendment 782 to the Sentencing Guidelines. The United States Probation Office has submitted its report, stating that defendant is not eligible for a lower sentence.

Amendment 782 to the United States Sentencing Guidelines, effective November 1, 2014, reduces the penalties for most drug offenses by reducing most offense levels. This amendment may be applied retroactively to reduce the sentences of previously sentenced inmates under 18 U.S.C. 3582(c)(2). Amendment 782 does not authorize, however, reductions in sentences to a term that is below the statutory mandatory minimum.

In 2011, defendant plead guilty to possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. 841, and was sentenced to the statutory mandatory minimum of 120 months in custody. Because defendant received a mandatory minimum sentence, she is not eligible for a further reduction under Amendment 782. Defendant's motion is thus **DENIED**.

**IT IS SO ORDERED.**

Dated: April 13, 2015.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE